UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELCREE WHITE, Jr., | Case No. 2:22-cv-00834-JDP (PC) |
| Plaintiff, | **ORDER** |
| v. | DIRECTING DEFENDANTS TO FILE PROOF OF SERVICE THAT THE NOTICE OF DEATH AND A COPY OF THE COMPLAINT WERE SERVED ON PLAINTIFF'S MOTHER AND UNCLE |
| SETH MOHR, *et al.*, | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding without counsel, commenced this civil rights action under 42 U.S.C. § 1983. After the court learned that plaintiff had passed away, I directed defendants to file a formal notice of plaintiff's death and either serve that notice on plaintiff's representative or successor or notify the court that plaintiff's representative or successor could not be located and explain the steps taken by defendants to locate plaintiff's representative or successor. ECF No. 30. I stayed the case for 120 days. *Id.*

Defendants filed both a formal notice of death, ECF No. 31, and a status report which identified plaintiff's next of kin as his mother, Larie Hembree, and his uncle, Anthony White. ECF No. 32. Defense counsel indicated that the notice of death and a copy of the complaint would be served on plaintiff's mother and uncle in accordance with Rule 4 of the Federal Rules of Civil Procedure. Accordingly, defendants are directed to file proofs of service within twenty-one

1

days that the notice of death and a copy of the complaint were served on plaintiff's mother and uncle.

IT IS SO ORDERED.

Dated:   <u>January 23, 2024</u>                                        
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE